# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LISA ANNE-MARIE PARKER, | |
| Plaintiff, | Case No.: 1:24-cv-00210 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 30, 2024, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear in-person in Courtroom 1419 before the Honorable Jeremy C. Daniel of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of a Preliminary Injunction.

DATED: January 24, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt