IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA ANNE-MARIE PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00210

Judge Jeremy C. Daniel

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 157 | D.S.X.Y. |
| 136 | Haizhilan home decoration project |
| 9 | Niwawa US |
| 98 | Luoling Industrial |
| 184 | WGFamily |
| 80 | tokidokiii |
| 70 | yuanzhououmoyingbaihuodian |
| 72 | Diamond TT |
| 90 | LiAnZWR |
| 192 | Demi Jewelry |
| 193 | Tiany Jewelry |
| 194 | DHK jewelry |
| 198 | BM jewelry |
| 67 | LJJ Shop |
| 56 | Unicey |

| | |
|---|---|
| 60 | MeiRongSen |
| 55 | Amphol Direct |

DATED: February 15, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604 Telephone: 312-675-6079
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt