**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA ANNE-MARIE PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00210

Judge Jeremy C. Daniel

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | XM Home |
| 66 | rical |
| 115 | NETHOUSE |
| 153 | QuQushu |
| 43 | HaydenYuan588 |
| 73 | DuChangXianYuTongBaiHuoDian |
| 108 | xixianxinqukonggangxinchengnaironghebaihuodian |
| 161 | xinmugto |
| 5 | Vanwalk Direct |
| 61 | BlessLiving Home |
| 51 | Pretty Buy |
| 167 | TuAnn |
| 50 | ALOTS |
| 12 | qujingnanxindianzishangwuyouxiangongsi |
| 188 | Shouzan diamond painting |

| | |
|---|---|
| 175 | PBPPP |
| 181 | Blossom |
| 179 | yangguangqinqinxiaoqu |
| 178 | starl |
| 186 | Enjoy |
| 196 | FashionJewelryi |
| 170 | lyjutou Co.Ltd |
| 172 | JuTou Co.Ltd |

DATED: March 19, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604 Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                         */s/ Keith A. Vogt*
                                                         Keith A. Vogt